AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

800 SOUTHERN AVENUE
APARTMENT #608
WASHINGTON, DC 20032

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
OCT 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0541M - 01

(Further described below)

I __CINDY BUSKEY__ being duly sworn depose and say:

I am a(n) __Special Agent with the Drug Enforcement Administration__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
THE PREMISES LOCATED AT 800 SOUTHERN AVENUE APT. # 608 WASHINGTON, DC 20032 DESCRIBED AS A MULTI-FAMILY APARTMENT BUILDING CONSTRUCTED OF BRICK. THE FRONT DOOR OF THE BUILDING IS GLASS AND THE NUMBERS "800" APPEAR IN GOLD ON A BLACK BACKGROUND ABOVE THE FRONT ENTRANCE DOOR OF THE BUILDING. THE ENTRANCE OF APT. #608 IS DESCRIBED AS A BLUE DOOR WITH A DOOR KNOCKER AND THE NOS. "608" APPEAR WRITTEN IN WHITE ON A BROWN BACKING.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
ANY AND ALL BOOKS, RECORDS, FIREARMS, AND DOCUMENTS RELATING TO ACQUISITION, POSSESSION OR DISTRIBUTION OF ILLEGAL ACTIVITIES DESCRIBED IN DETAIL IN ATTACHMENT A.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
OBTAINED FROM A CONFIDENTIAL SOURCE THE ILLEGAL DISTRIBUTION OF CRACK COCAINE.

concerning a violation of Title __21__ United States Code, Section(s) __§ 841__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.  ☒ YES  ☐ NO

ANN PETALAS
NARCOTICS/ROOM 4211
(202) 70476

x _____
Signature of Affiant
CINDY BUSKEY, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

OCT 20 2005
Date  DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

at Washington, D.C.

_____
Signature of Judicial Officer

Name and Title of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE