## ATTACHMENT A

1) Any and all controlled dangerous substances, in whatever form, condition or however packaged, and to seize such paraphernalia that is used in the administration, preparation, and distribution or in conjunction with said illegal activities.

2) To seize any books, records, firearms and documents relating to the acquisition, possession or distribution of said controlled dangerous substances.

3) To open any and all safes, locked boxes and receptacles and to seize all contents which pertain to the said illegal activities.

4) Indicia of occupancy, residency, rental, and/or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys; and

5) To search any and all persons found to be involved in said illegal activities.

6) To view all non-commercially produced videotapes.

7) To seize electronic equipment, such as computers, facsimile machines, digital pagers and cellular telephones, answering machines, and related manuals used to generate, record and/or store the information described in this exhibit.  Additionally, computer software, tapes and discs, audiotapes, and the contents therein, containing the information generated by the aforementioned electronic equipment and used in the aforementioned violations relating to the transportation, distribution, ordering and purchasing of controlled dangerous substances.

8) To seize all appointment books, diaries, calendars, financial records, work schedules, computer records, or other documents that detail the aforementioned violations or individuals involved in the aforementioned violations.

9) To seize all financial documents that are related to the placement of monies used in the aforementioned violations.

10) To seize photographs, including still photos, negatives, video tapes, films, undeveloped film and the contents therein, slides, in particular photographs of co-conspirators, of assets and/or controlled dangerous substances;

11) United States Currency, precious metals, jewelry, and financial instruments, including stocks and bonds. And if property were found there to seize it and to seize any property found liable to seizure under the laws of this State.