AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

800 SOUTHERN AVENUE
APARTMENT #608
WASHINGTON, DC 20032

**SEARCH WARRANT**

CASE NUMBER: 05 - 0541M - 01

TO:  CINDY BUSKEY, SPECIAL AGENT    and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent CINDY BUSKEY  who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

800 SOUTHERN AVENUE
APARTMENT #608
WASHINGTON, DC 20032

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

ANY AND ALL BOOKS, RECORDS, FIREARMS, AND DOCUMENTS RELATING TO ACQUISITION, POSSESSION OR DISTRIBUTION OF ILLEGAL ACTIVITIES DESCRIBED IN DETAIL IN ATTACHMENT A.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  October 30, 2005
                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 20 2005

at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/20/2005 | 10/20/2005 | AT RESIDENCES |

INVENTORY MADE IN THE PRESENCE OF
PRINCE GEORGE'S COUNTY POLICE DET. ALBERTSON #2565

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

DOCUMENTS
PHOTOGRAPHS
MD DRIVER'S LICENSE — MICHAEL WHITE
DIGITAL SCALE
  PYREX BOWLS (2)
  SUSPECTED NARCOTICS.

FILED
OCT 31 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  10-31-05
U.S. Judge or Magistrate    Date